United States District Court
Southern District of Texas
**ENTERED**
January 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUDY GUILLERMO-SANCHEZ, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Case No. 1:16-cv-00304 |
| | § | (Criminal No. 1:10cr1083-1) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 5) in the above-referenced case. No objections have been filed. After a de novo review of the file, the Report and Recommendation is **ADOPTED**.

It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Guillermo-Sanchez's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Docket No. 1) is **TRANSFERRED** to the Fifth Circuit Court of Appeals for consideration as a successive § 2255 motion.

Signed on this 26th day of January, 2017.

Rolando Olvera
United States District Judge